Stephen K. Christiansen (6512)
CHRISTIANSEN LAW, PLLC
311 South State Street, Ste. 250
Salt Lake City, Utah 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
steve@skclawfirm.com

*Attorney for Defendant DSI Distributing, Inc. d.b.a. DSI Systems*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSEPH BARRETT, CRAIG CUNNINGHAM, and ANDREW PERRONG, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VIVINT, INC., JOHN DOE CORPORATION d/b/a NATIONAL SOLAR PROGRAM, and DSI DISTRIBUTING, INC., d.b.a. DSI SYSTEMS,<br><br>Defendants. | **DEFENDANT DSI DISTRIBUTING, INC.'S MOTION TO DISMISS AMENDED COMPLAINT OR TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS**<br><br>Civil No. 2:19-cv-00568-CW-CMR<br><br>Judge Clark Waddoups<br><br>Magistrate Judge Cecilia M. Romero<br><br>**ORAL ARGUMENT REQUESTED** |

Defendant DSI Distributing, Inc. ("DSI"), moves the Court pursuant to Fed. R. Civ. P. 12(b)(1), (b)(6), and (f), and 23(d) to dismiss the Amended Complaint in this case or, alternatively, to strike the pleading's class allegations.

As grounds for this motion, DSI incorporates by reference, pursuant to Local Rule 7-1(a)(4), the arguments and reasons set forth in the Motion to Dismiss Amended Complaint or to Strike Plaintiffs' Class Allegations and supporting memorandum filed by defendant Vivint, Inc. (Dkt. 29.) The arguments and reasons set forth therein for dismissing the pleading or striking the class allegations apply equally to DSI. DSI requests oral argument on this motion.

DATED this 5th day of November, 2019.

          CHRISTIANSEN LAW, PLLC

          By:  /s/ Stephen K. Christiansen
             Stephen K. Christiansen
             *Attorney for Defendant DSI Distributing, Inc.*
              *d.b.a. DSI Systems*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2019, I caused a true and correct copy of the within and foregoing pleading to be served electronically upon all counsel of record via the Court's CM/ECF system.

            /s/ Stephen K. Christiansen