Brian K. Murphy (admitted *pro hac vice*)
Jonathan P. Misny (admitted *pro hac vice*)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
       misny@mmmb.com

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CRAIG CUNNINGHAM and ANDREW PERRONG, on behalf of themselves and others similarly situated, | Case No. 2:19-cv-00568-DBB-CMR |
| Plaintiffs, | District Judge David B. Barlow |
| v. | Magistrate Judge Cecilia M. Romero |
| VIVINT, INC. and DSI DISTRIBUTING, INC. d.b.a DSI SYSTEMS, | |
| Defendants. | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Craig Cunningham and Andrew Perrong and Defendants Vivint, Inc. and DSI Distributing, Inc. d.b.a. DSI Systems respectfully submit this Stipulation of Dismissal of all claims with prejudice with each party to bear its own attorney fees and costs. A proposed form of Order of Dismissal approving this Stipulation is jointly submitted herewith.

Respectfully submitted,

| | |
|---|---|
| **/s/ Jonathan P. Misny** | **/s/ Melanie J. Vartabedian, per auth. 9/23/22** |

Brian K. Murphy (admitted *pro hac vice*)
Jonathan P. Misny (admitted *pro hac vice*)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
        misny@mmmb.com

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

Jared B. Pearson (Utah Bar No. 12200)
9192 South 300 West, Suite 35
Sandy, UT 84070
Telephone: 801.888.0991
E-mail: jared@pearsonlawfirm.org

*Counsel for Plaintiffs*

**/s/ Stephen K. Christiansen, per auth. 9/23/22**
Stephen K. Christiansen (#6512)
Kathleen M. Liuzzi (#7924)
Anthony W. Stirling (#16337)
Christiansen Law, PLLC
311 South State Street, Suite 250
Salt Lake City, UT 84111
Telephone: 801.716.7016
Facsimile: 801.716.7017
E-mail: steve@skclawfirm.com
        kathe@skclawfirm.com
        tony@skclawfirm.com

*Counsel for Defendant DSI Distributing, Inc. d.b.a. DSI Systems*

Melanie J. Vartabedian (#10148)
Nathan R. Marigoni (#14885)
Ashley B. Waddoups (#17604)
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: 801.531.3000
Facsimile: 801.531.3001
E-mail: vartabedianm@ballardspahr.com
        marigonin@ballardspahr.com
        waddoupsa@ballardspahr.com

Jenny N. Perkins (PA #306498)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
perkinsj@ballardspahr.com

*Counsel for Defendant Vivint, Inc.*