THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ANDREW PERRONG and CRAIG CUNNINGHAM,<br><br>Plaintiffs,<br><br>v.<br><br>VIVINT, INC. and DSI DISTRIBUTING, INC. d/b/a DSI SYSTEMS,<br><br>Defendants. | **ORDER GRANTING [183] STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:19-cv-000568-DBB-CMR<br><br>District Judge David Barlow |

Before the court is the parties' Stipulation of Dismissal.[1] For good cause showing, the court GRANTS the Stipulation of Dismissal. All claims in this action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Signed September 26, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 183, filed Sept. 23, 2022.